**FILED**
July 14, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __kkc__
DEPUTY

PS 8 (Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
Western District Of Texas

FILED
JUL 1 4 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S.A. vs. Christian Mark Briones

Docket No. [0542 2:19CR02763]-[001]

**Austin Docket No.: 1:21-mj-559-SH**

## Petition for Action on Conditions of Pretrial Release

COMES NOW David Apodaca, pretrial services/probation officer, presenting an official report upon the conduct of defendant Christian Mark Briones, who was placed under pretrial release supervision by the Honorable Victor Roberto Garcia, sitting in the court at Del Rio, Texas on the 21st date of October, 2019 under the following conditions:

> Condition (7) The defendant shall (h) refrain from the use of any unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. section 802 unless prescribed by a licensed medical practitioner.
> Condition (7) The defendant shall (m) submit to urinalysis testing or any other method of testing as directed by U.S. Pretrial Services and not tamper with any test.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On 6/23/21, the defendant submitted a urine sample which resulted in a positive for cocaine. On 7/12/21, the defendant signed an admission form admitting he ingested cocaine on 6/22/21. On 7/12/21, another urine sample was collected by his PO in Austin, TX, which was presumptive positive for cocaine/methamphetamine. The defendant admitted to ingesting cocaine on 7/10/21. Also, the officer observed the defendant attempt to utilize a device to manipulate the test results. Assistant U.S. Attorney, Michael Schneider, concurs with Pretrial Services recommendation.

PRAYING THAT THE COURT WILL ORDER: issue a warrant of arrest, the defendant be arrested and commence his sentence. He is scheduled to self-surrender on August 6, 2021, to the Bureau of Prisons.

ORDER OF COURT

Considered and ordered this 13th day of July, 2021 and ordered filed and made a part of the records in the above case.

Honorable Victor Roberto Garcia
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/13/2021

_David Apodaca_
U.S. Pretrial Services/Probation Officer

Place  111 E. Broadway
       Del Rio, Texas 78840

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____ Deputy Clerk

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)



FID# 10998695

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

CHRISTIAN MARK BRIONES

**WARRANT FOR ARREST**

Case Number: DR-19-CR-2763 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHRISTIAN MARK BRIONES__
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☒ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF PRETRIAL RELEASE
(SEE ATTACHED COPY)

A true copy of the original, I certify
Clerk, U.S. District Court
By _____
        Deputy Clerk

**U.S. MARSHALS SERVICE RECEIVED**
**JUL 14 2021**
**DEL RIO, TX**

in violation of Title(s) _____ United States Code, Section(s) __SEE ATTACHED PETITION__

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

DATE ISSUED:  7/14/2021

Bail fixed at $  Detain   by   U.S. Magistrate Judge Victor R. Garcia
                                                                        Name of Judicial Officer

C.R. (signature)
Signature of Issuing Officer
7/14/2021      Del Rio, TX
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |